**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
November 5, 2015
Clerk, U.S. Bankruptcy Court
BY **pjk** DEPUTY

In re
**Lee Sigler**
**Karyn L. Sigler**
Debtor(s)

) Case No. **15–35182–tmb13**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **11/4/15** has deficiencies.

14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

   **A Ch. 13 Plan. You must use the current version of Local Form #1300.14. (Local Bankr. Rule 3015–1)**

   **– Local Forms may be obtained from this court's Internet site at www.orb.uscourts.gov (Local Bankr. Rule 9009–1).**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

                                                                                     Clerk, U.S. Bankruptcy Court