## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

In re

LEE  SIGLER

KARYN  L SIGLER

Debtor(s).

)  Case No. 315-35182-RLD13
)
)  Confirmation hearing date: Dec 23, 2015
)
)  **TRUSTEE'S OBJECTION TO**
)  **CONFIRMATION AND MOTION**
)  **TO DISMISS**

Wayne Godare, the Standing Chapter 13 Trustee Objects to Confirmation of the above case for the reason(s) set out below:

_____a.  Plan is not feasible:

_____b.  Case/Plan is not proposed in good faith or is forbidden by law:

_____c.  Plan does not commit all of debtor's excess projected disposable income pursuant to
            11 U.S.C. §1325(b)(1)(B) for the applicable commitment period:

_____d.  Plan does not meet the best interest test of 11 U.S.C. §1325(a)(4):

_____e.  Filing/documentation is deficient:

 **X**___f.  Other: **as requested at the §341(a) hearing, please provide the Trustee with the following:**
    1.  **¶1(e) add "proceeds from the sale or re-finance of real  property as outlined in paragraph 10";**
    2.  **¶4 add "Wells Fargo Home Mortgage (residence)"; and**
    3.  **¶10 strike "11/31/2019" and replace with "12/31/2018".**

If within 7 days prior to the scheduled confirmation hearing, debtor fails to take all necessary steps to satisfy each objection marked above, the Trustee may, in his discretion, urge the court for an order dismissing the case without further notice.

I certify that on <u>December 3, 2015</u>, copies of the above Objection and Motion were served on the debtor(s) by first class mail and any debtor(s) attorney by ECF.

DATED: December 3, 2015

<u>/s/ Wayne Godare, Trustee</u>

MOTSCHENBACHER & BLATTNER LLP
(mm)