**RCO LEGAL, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Trish M Brown
Chapter 13

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re:

Lee Sigler and
Karyn L. Sigler

                     Debtors.

Case No. 15-35182-tmb13

OBJECTION TO CONFIRMATION
BY BANK OF AMERICA, N.A.,
THROUGH ITS SERVICING AGENT
WELLS FARGO BANK, N.A., ITS
SUCCESSORS IN INTEREST, AGENTS,
ASSIGNEES, AND /OR ASSIGNORS

COMES NOW Bank of America, N.A., through its servicing agent Wells Fargo Bank, N.A., its successors in interest, agents, assignees, and /or assignors, ("Creditor"), and objects to confirmation of Lee Sigler and Karyn L. Sigler's ("Debtor" collectively hereafter) proposed Chapter 13 plan (the "Plan").

### I.      BACKGROUND

On or about November 7, 2006, Lee Sigler and Karyn L Sigler executed and delivered a note in favor of Wells Fargo Bank, N.A. in the original principal amount of $175,600.00. This Note was secured by a Deed of Trust ('Deed') encumbering real property commonly described as 9900 SE Mill St., Portland, OR 97216 ('Property'). Creditor is the holder of the note or services the note for the holder.

The outstanding principal balance due on the Note as of filing was approximately $160,684.33. As of the same date the loan was contractually due for the March 1, 2013 payment. Creditor is preparing and finalizing a proof of claim which will contain exact amounts.

The pre-petition arrears, including payments, late charges, escrow advances and accrued fees and costs are $51,161.82 as will be detailed in Creditor's proof of claim.

///

///

### II.      AUTHORITY AND ARGUMENT

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

Creditor asserts that Debtor's cure proposal of Creditor's $51,161.82 pre-petition arrearage claim is unreasonable. Pending sale or refinance by November 31, 2015, month 48 of the plan, Creditor will receive approximately $11,500 towards its substantial arrearage claim. The plan does not propose to maintain ongoing payments.

Under 11 U.S.C. § 1322(b)(5), a debtor's plan must "provide for the curing of any default within a reasonable time and maintenance of payments while the case is pending on any unsecured claim or secured claim on which the last payment is due after the date on which the final payment under the plan is due." The maturity date under the Note and Deed of Trust is December 1, 2036. Because December 1, 2036 is beyond the term of Debtor's plan, 11 U.S.C. § 1322(b)(5) is applicable. That provision provides that Debtors must not only make post-petition maintenance payments but must *also* cure the default within a "reasonable time."

Under the terms of the proposed plan, the Debtor will pay approximately 22% on the loan arrearage claim until the property is sold or refinanced in month 48 of the plan. This proposal is not reasonable. Furthermore, if sale or refinance is not possible, the debtor will have only 12 months to cure the loan arrearage. Cure of the loan arrearage will likely not be possible within that short period.

///
///
///
///
///
///
///
///
///
///
///

Furthermore, sale or refinance may not be a viable option in this case. The debtors value the property at $215,000 in their schedules. The total debt owing to Creditor on the first lien is approximately

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

1  $203,172.   There is currently an insufficient equity cushion to pay closing costs or refinance to a

2  conventional mortgage.  After no payments are made for 48 months there will be approximately $40,974 of

3  additional interest accrual.  Thus, sale or refinance without ongoing maintenance payments is not a viable

4  option.

WHEREFORE, Creditor respectfully requests the Court deny confirmation of the proposed Chapter

5  13 plan.

7  Chapter 13 plan.          DATED December 7, 2015.

8                                          **RCO LEGAL, P.S.**
                                           ATTORNEYS AT LAW
9                                          Attorneys for Creditor

10                                         /s/ Eric Marshack
11                                         By: Eric Marshack, OSB #050166

Objection to Confirmation
Page - 3

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

Case 15-35182-tmb13    Doc 15    Filed 12/07/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re: | Chapter 13 Bankruptcy |
| Lee Sigler and<br>Karyn L. Sigler | No.: 15-35182-tmb13 |
| | CERTIFICATE OF MAILING |
| Debtors. | |

CERTIFICATE OF MAILING

I hereby certify under penalty of perjury under the laws of the State of Oregon that I mailed a true and correct copy of the Objection to Confirmation postage pre-paid, regular first class mail or via Electronic Message through Electronic Case Filing on the 7th day of December, 2015, to the parties listed on the attached exhibit.

DATED this 7th day of December, 2015.

/s/ Tony Chhay
Assistant to Attorney

Certificate of Mailing
Page - 1

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131

1

2  Lee Sigler
   9900 SE Mill
3  Portland, OR 97216

4
   Karyn L. Sigler
5  9900 SE Mill
   Portland, OR 97216
6
   Troy Sexton
7  c/o Troy Sexton as attorney / 117 Southwest Taylor Street, Suite 200
   Portland, OR 97204
8  tsexton@portlaw.com

9
   Chapter 13 Trustee
10 Wayne Godare
   222 SW Columbia St #1700
11 Portland, OR 97201
   c0urtmai1@portland13.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Certificate of Mailing – Exhibit
Page - 2

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131